UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| EDUARDO G. VIZCAYNO § | |
| § | |
| vs. § | NO:  MO:20-CV-00268-DC |
| § | |
| STATE OF TEXAS § | |

**FINAL ORDER OF TRANSFER**

On this day, the Court entered an Order *Sua Sponte* Construing and Transferring this Petition for Writ of Habeas Corpus to the Fifth Circuit Court of Appeals. After due consideration of Petitioner's Petition for Writ of Habeas Corpus, filed initially as a 28 U.S.C. §2241, but construed by this Court as one filed pursuant to 28 U.S.C. §2254, the Court finds that it is in the interest of justice to **TRANSFER** Petitioner's §2254 to the Fifth Circuit Court of Appeals as a second or successive habeas application.

It is so **ORDERED**.

**SIGNED** this 2nd day of December, 2020.

_____
**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**